RAYMOND BUSTAMANTE
#49289-510
FEDERAL PRISON CAMP LA TUNA
P.O. BOX 8000
ANTHONY, NM 88021



February 4, 2026

Mr. Chandlor G. Collins
Clerk of the Court
U.S. District Court
Southern District of Iowa
Eastern Division
131 East 4th St., Ste 150
Davenport, IA 52801

Re:     Bustamante v. United States
        Crim No. 3:23-cr-00027-SMR-SBJ-1

Dear Sir:

I sent the court a motion on August 21, 2025 for compassionate release. I enclose a copy of my cover letter and the first page of the motion for your reference.

As of today, I have never received confirmation from the court that this motion was indeed received and filed. I am requesting confirmation from the court that my motion was indeed filed. If it was not received, I will resubmit again immediately.

Sincerely,

Raymond Bustamante
#49289-510

RAYMOND BUSTAMANTE
REG. NO. 49289-510
FCI LA TUNA
FEDERAL CORR. INSTITUTION
LA TUNA FSL
P.O. BOX 3000
ANTHONY, NM 88021

August 21, 2025

Mr. Chandlor G. Collins
Clerk of Court
U.S. District Court
Southern District of Iowa
Eastern Division
131 East 4th Street Suite 150
Davenport, IA 52801

    RE:   *Bustamante v. United States*
          Crim No. 3:23-cr-00027-SMR-SBJ-1

Dear Mr. Collins:

    Enclosed please find and accept for filing Movant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                 Sincerely,

                 RAYMOND BUSTAMANTE
                 Appearing *Pro Se*

*Encl. as noted*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

RAYMOND BUSTAMANTE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

)
)
)
)
)
)
)
)
)
)

Crim No. 3:23-cr-00027-SMR-SBJ-1

**MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A) AND FIRST STEP ACT OF 2018**

COMES NOW, Movant, RAYMOND BUSTAMANTE ("Bustamante"), appearing pro se, and respectfully requests this Court to consider and grant his Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 ("FSA"). In support of this motion, Bustamante submits the following:

## I. JURISDICTION

The district court has jurisdiction over this Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Generally, a court may not modify a defendant's sentence after it has been imposed unless Congress provides for specific exceptions. *Dillon v. United States*, 130 S. Ct. 2683, 2687 (2010). One such exception is where a defendant has been sentenced to a term of imprisonment based on a sentencing range that has been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2).

1

◇49289-510◇
Raymond Bustamante
. Federal Prison Camp Latuna
Po Box 8000
Anthony, NM 88021
United States

EL PASO TX 798
RIO GRANDE DISTRICT
6 FEB 2026    AM 2  L



◇49289-510◇
U S District Court
131 E 4TH ST
Court Clerks Office #150
Davenport, IA 52801
United States

52801-153225